IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY MICHAEL OGLESBY, #287551, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO  2:16-cv-300-WHA |
| ) | |
| TALLADEGA COUNTY JAIL MEDICAL ) | (WO) |
| STAFF & CORRECTIONAL OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #3), entered on May 2, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 1404.

2.  The clerk is DIRECTED to take the necessary steps to effect the transfer.

DONE this 24th day of May, 2016.

/s/      W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE